THIS OPINION
 HAS NO PRECEDENTIAL VALUE. IT SHOULD NOT BE CITED OR RELIED ON AS PRECEDENT IN
 ANY PROCEEDING EXCEPT AS PROVIDED BY RULE 268(d)(2), SCACR.
THE STATE OF SOUTH CAROLINA
In The Court of Appeals

 
 
 
 David L. Hess
 and Ceferina G. Hess, Appellants,
 v.
 Janice C.
 Norton, James C. Daniel, and Russell M. Lawrence, Defendants,
 Of whom Russell
 M. Lawrence is Respondent.
 
 
 

Appeal From Greenwood County
  J. Cordell Maddox, Jr., Circuit Court
Judge

Unpublished Opinion No. 2009-UP-538
 Submitted November 2, 2009  Filed
November 19, 2009    

AFFIRMED

 
 
 
 David L. Hess and Ceferina G. Hess, pro se, of Greenwood, for
 Appellants.
 Thomas E. Hite, Jr., of Abbeville, for Respondent.
 
 
 

PER CURIAM:  David L. Hess and Ceferina G. Hess (the Hesses) 
 appeal the trial court's dismissal of their suit against Russell M. Lawrence. 
 The Hesses argue: (1) there is clear and convincing evidence proving they were
 conveyed a right of way to the alleyway; (2) their suit is not barred by the
 applicable statute of limitations; (3) their suit is not frivolous and is based
 on a valid claim to use of the alleyway; (4) the survey plan of the property
 should be considered as the legal basis of their claim; (5) the Defendants
 should be compelled to oust the present possessor of the alleyway; (6) the
 contention that they have failed to prosecute the case is without merit.  We affirm pursuant to Rule 220(b),
 SCACR, and the following authority:  S.C.
 Dep't of Transp. v. First Carolina Corp. of S.C., 372 S.C. 295, 301-02, 641 S.E.2d 903, 907 (2007)
 (holding an issue cannot be raised for the first time on appeal, but must have
 been raised to and ruled upon by the trial judge to be preserved for appellate
 review).      

AFFIRMED.[1]
WILLIAMS,
 PIEPER, and LOCKEMY, JJ., concur.  

[1] We decide this case without oral argument pursuant to
 Rule 215, SCACR.